Rachel Marandett
American Friends Service Committee
570 Broad St., Ste. 1001
Newark, NJ 07102
rmarandett@afsc.org
*Pro Bono Counsel for Petitioner*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MEHDI MORADI,

*Petitioner*,

v.

TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;

KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security;

PAMELA BONDI, in her official capacity as Attorney General of the United States; and

LUIS SOTO, in his official capacity as Warden of Delaney Hall Detention Facility,

*Respondents*.

**Case No. 25-18968**

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Petitioner Mehdi Moradi hereby notifies the Court that the parties have stipulated to the dismissal of his habeas petition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or fees to either party.

Respectfully submitted, Dated: August 17, 2026

*s/ Rachel Marandett*
Rachel Marandett, Esq.
American Friends Service Committee
570 Broad St., Ste. 1001
Newark, NJ 07102
rmarandett@afsc.org
*Pro Bono Counsel for Petitioner*

*s/ John Crosby*
John Crosby
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street
Newark, NJ 07102
john.crosby@usdoj.gov
*Counsel for Respondents*

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/18/2026